UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MITCHELL FIELDS,<br><br>              Plaintiff,<br>  v.<br>JAMES DZURENDA, *et al.*,<br><br>              Defendants. | Case No. 2:17-cv-01725-JAD-NJK |
| ELIZABETH CARLEY,<br><br>              Plaintiff,<br>  v.<br>WARDEN NEVEN, *et al.*,<br><br>              Defendants. | Case No. 2:17-cv-02346-JAD-VCF |
| SHAWN FLYNN,<br><br>              Plaintiff,<br>  v.<br>JAMES DZURENDA, *et al.*,<br><br>              Defendants. | Case No. 2:19-cv-00213-JAD-BNW |

| | |
|---|---|
| STEPHEN FREDERICK PAUL CIOLINO, | Case No. 2:19-cv-00520-JAD-GWF |
| Plaintiff, | |
| v. | |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | *and related cases*[1] |
| ARMANDO NEVAREZ, | Case No. 3:16-cv-00676-MMD-CBC |
| Plaintiff, | |
| v. | Reassignment Order |
| ISIDRO BACA, *et al.*, | |
| Defendants. | |

Many individuals in the custody of the Nevada Department of Corrections ("NDOC") have filed actions in the District of Nevada alleging that NDOC's policy for treating hepatitis C amounts to deliberate indifference in violation of the Eighth Amendment. The Clerk of the Court has randomly assigned the bulk of these cases to Judge Miranda M. Du, including the earliest filed of these cases with the lowest case numbers.[2] The bulk of these pending cases are also referred to United States Magistrate Judge Carla Baldwin Carry.

Given that the plaintiffs in the the above-captioned cases challenge NDOC's policy for treating hepatitis C, the presiding District Judges in these actions have individually and collectively determined that these actions are related and there is good cause to reassign these cases to one District Judge under Local Rule 42-1(b) as well as Federal Rule of Civil Procedure 42(a)(3). Reassignment will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties. Accordingly, it is hereby ordered that Case Nos. 2:17-cv-01725-JAD-NJK; 2:17-cv-02346-JAD-VCF;

---

[1] For additional related cases, see ECF No. 156 in 3:16-cv-00690-MMD-CBC.

[2] A number of the earliest filed of these cases are now closed: 3:16-cv-00309-MMD-VPC; 3:16-cv-00399-MMD-CBC; 3:16-cv-00535-MMD-VPC; 3:17-cv-00101-MMD-WGC; 3:17-cv-00264-MMD-WGC; 3:17-cv-00351-MMD-CBC; 3:17-cv-00478-MMD-WGC; 3:17-cv-00583-MMD-WGC; 3:18-cv-00068-MMD-CBC; and 3:18-cv-00303-MMD-CBC.

2:19-cv-00213-JAD-BNW; and 2:19-cv-00520-JAD-GWF are reassigned to District Judge Miranda M. Du and referred to Judge Carla Baldwin Carry. All future filings in these cases must bear the following case numbers: 2:17-cv-01725-MMD-CBC; 2:17-cv-02346- MMD-CBC; 2:19-cv-00213- MMD-CBC; and 2:19-cv-00520- MMD-CBC.

DATED THIS 17th day of July 2019.

_____  
MIRANDA M. DU  
UNITED STATES DISTRICT JUDGE

_____  
JENNIFER A. DORSEY  
UNITED STATES DISTRICT JUDGE