UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PAUL SCOTT KLEIN,<br><br>                          Plaintiff,<br>     v.<br>BRIAN WILLIAMS, *et al.*,<br><br>                        Defendants. | Case No. 3:19-cv-00300-MMD-WGC<br><br>Referral Order<br><br><br><br>*and related cases*[1] |
| ARMANDO NEVAREZ,<br><br>                          Plaintiff,<br>     v.<br>ISIDRO BACA, *et al.*,<br><br>                        Defendants. | Case No. 3:16-cv-00676-MMD-CBC |

Many individuals in the custody of the Nevada Department of Corrections ("NDOC") have filed actions in the District of Nevada alleging that NDOC's policy for treating hepatitis C amounts to deliberate indifference in violation of the Eighth Amendment. The Clerk of the Court has randomly assigned the bulk of these cases to Judge Miranda M. Du, including the earliest filed of these cases with the lowest case numbers.[2] The bulk of these pending cases are also referred to United States Magistrate Judge Carla Baldwin Carry.

Plaintiff Paul Scott Klein appears to be challenging NDOC's policy for treating hepatitis C, though the complaint has not yet been formally screened under 28 U.S.C. § 1915A(a). (*See* ECF No. 1-1 at 13-16.) Thus, the above-captioned cases appear to be

---

[1] For additional related cases, see ECF No. 156 in 3:16-cv-00690-MMD-CBC.

[2] A number of the earliest filed of these cases are now closed: 3:16-cv-00309-MMD-VPC; 3:16-cv-00399-MMD-CBC; 3:16-cv-00535-MMD-VPC; 3:17-cv-00101-MMD-WGC; 3:17-cv-00264-MMD-WGC; 3:17-cv-00351-MMD-CBC; 3:17-cv-00478-MMD-WGC; 3:17-cv-00583-MMD-WGC; 3:18-cv-00068-MMD-CBC; and 3:18-cv-00303-MMD-CBC.

related, and there is good cause to refer these cases to one magistrate judge under Local Rule 42-1(b) as well as Federal Rule of Civil Procedure 42(a)(3). Referral will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties. Accordingly, it is hereby ordered that Case No. 3:19-cv-00300-MMD-WGC is referred to Magistrate Judge Carla Baldwin Carry. All further filings in this case must bear case number 3:19-cv-00300-MMD-CBC.

DATED THIS 5th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE