**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ARMANDO NEVAREZ,

                      Plaintiff,

  v.

ROMEO ARANAS, et al.,

                    Defendants.

3:16-cv-0676-MMD-CLB

**ORDER**

      On December 15, 2020, defendants filed a status report advising that the stay in this case should be lifted and this matter should be returned to the litigation track (ECF No. 46). Therefore, the stay is lifted and this case shall proceed.  The court notes that the Office of the Attorney General filed an acceptance of service on behalf of defendants Aranas and Dzurenda but is silent as to defendants Dimuro, Laxalt and Sandoval (ECF No. 38).   The Office of the Attorney General shall file an acceptance of service or the last known addresses of these defendants on or before **Friday, January 8, 2021.**  An answer or other response to the complaint is due on or before **Friday, January 29, 2021.**

      **DATED:**  December 17, 2020.

_____

**UNITED STATES MAGISTRATE JUDGE**