UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARMANDO NEVAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ROMEO ARANAS, et al.,<br><br>    Defendants. | Case No. 3:16-CV-0676-MMD-CLB |

On February 1, 2021, the parties were ordered to meet and confer before February 17, 2021 regarding the filing of a discovery plan (ECF No. 50). Because the court does not have plaintiff's telephone number, plaintiff was ordered to either email or call defense counsel and was provided contact information to do so (ECF No. 50/51). On April 1, 2021, defense counsel notified the court that plaintiff did not contact counsel to meet and confer as ordered (ECF No. 53). Plaintiff was released from custody sometime in 2018 (ECF No. 20). The last contact plaintiff made with this court regarding this case was on June 10, 2019 when he filed an application to proceed *in forma pauperis* for non-incarcerated plaintiffs (ECF No. 35).

Plaintiff shall have one final opportunity to contact defense counsel, Douglas Rands, by **Friday, May 21, 2021** by either emailing him at drands@ag.nv.gov or calling him at 775-684-1150 to meet and confer regarding a discovery plan and scheduling order. Defense counsel shall file a notice on **Wednesday, May 26, 2021** if plaintiff fails to make contact to meet and confer. Plaintiff's failure to timely contact defense counsel will result in this case be dismissed for failure to comply with a court order pursuant to LR IA 11-8(e).

DATED: April 27, 2021.

_____
UNITED STATES MAGISTRATE JUDGE